UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 24cr10239 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| XIAOSONG WANG, | ) | Count One: Conspiracy to Commit |
| | ) | Securities Fraud |
| Defendant | ) | (18 U.S.C. § 1349) |
| | ) | |
| | ) | Forfeiture Allegation: |
| | ) | (18 U.S.C. § 981(a)(1)(C) and 28 |
| | ) | U.S.C. § 2461) |
| | ) | |

**RELATED CASE CERTIFICATION**

Pursuant to Local Rule 40.1(h)(5)(B), the government hereby files this certification stating the basis for the government's related case designation in the Criminal Case Cover Sheet filed in connection with the Information in this matter. In the Criminal Case Cover Sheet, the government identified the following criminal case as a related case: *United States v. Jiali Wang*, 22-cr-10123-WGY (the "Related Criminal Case").

This matter involves allegations that the defendant, Xiaosong Wang, conspired with Jiali Wang and others to manipulate the prices of thinly traded securities listed on national stock exchanges and to induce others to buy (and sell) those securities at the resulting artificially high (and low) prices. *See* Information ¶ 18. Xiaosong Wang and Jiali Wang were initially charged together in a criminal complaint in the case *United States v. Xiaosong Wang, et al.*, 19-mj-6485-MPK. On May 24, 2022, a grand jury returned an indictment charging Jiali Wang (alone) with conspiracy to commit securities fraud and conspiracy to commit market manipulation. That indictment was docketed in the Related Criminal Case. Ultimately, Jiali Wang entered a guilty

plea and was sentenced in the Related Criminal Case on November 30, 2022.  *See United States v. Jiali Wang*, 22-cr-10123-WGY, Dkt. #124.

The allegations set forth in the Information in this matter concern the same scheme and overlapping transactions and events as those alleged in the indictment in the Related Criminal Case.  To wit, Defendant Xiaosong Wang is the individual referred to as "Co-Conspirator 1" in the indictment in the Related Criminal Case, and Jiali Wang is a named co-conspirator in the Information in this matter.  Accordingly, the government respectfully submits that this criminal case and the Related Criminal Case are related cases pursuant to Local Rule 40.1(h)(1)(A).

        Respectfully submitted,

        JOSHUA S. LEVY
        Acting United States Attorney

By: _____
        JAMES R. DRABICK
        Assistant United States Attorney

Date:  August 9, 2024